# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0053. DIXIT v. DIXIT.**

Akash Dixit has filed an emergency motion, in which he essentially requests this court to decide, on an extremely expedited basis, the merits of his appeal from various orders in this divorce action. Under the circumstances of this case — in which a motion for new trial remains pending below, the appeal has not been docketed or briefed, and the record has not been provided — a motion seeking a resolution on the substantive merits of the appeal is not an authorized motion under Court of Appeals Rule 40 (b). The relief requested in the motion is not necessary to preserve jurisdiction of an appeal and does not prevent the contested issues of the underlying case from becoming moot. Ct. App. R. 40 (b). Accordingly, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/18/2017*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*